KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
Telephone: (480) 306-5977
Facsimile: (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Noel Larson

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Noel Larson,<br><br>             Plaintiff,<br><br>    vs.<br><br>Medical Society Business Services, Inc.<br>d/b/a Bureau of Medical Econom; and<br>DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 2:12-cv-00908-DGC<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of

---

2:12-cv-00908-DGC                                                     NOTICE OF SETTLEMENT

Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 20th day of July, 2012.

LEMBERG & ASSOCIATES, LLC

 /s/ Kindra Deneau
KINDRA DENEAU

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On July 20, 2012, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on July 20, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Joseph J. Lico, Esq.<br>Adam L. Plotkin P.C.<br>621 Seventeenth Street, Suite 1800<br>Denver, Colorado 80293<br>Tel: (303) 302-6864<br>E-Mail: jlico@alp-pc.com<br><br>Pat Esquivel, Esq.<br>JEROLD KAPLAN LAW OFFICE, P.C.<br>2738 E. Washington Street<br>Phoenix, Arizona 85034<br>Tel: (602) 258-8433<br>Email: pesquivel@kdelaw.com<br>**Attorneys for Defendants Medical Society Business Services, Inc. d/b/a Bureau of Medical Economics** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

1 | I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 20, 2012.

      */s/ Allison Bernier*
      ALLISON BERNIER
      Paralegal to Kindra Deneau, Esq.