IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Noel Larson,<br><br>             Plaintiff,<br><br>   vs.<br><br>Medical Society Business Services, Inc. d/b/a Bureau of Medical Economics and; DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: CV12-0908-PHX DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (Doc. 15), and for good cause shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice and without costs to any party.

Dated this 16th day of August, 2012.

_____
David G. Campbell
United States District Judge